IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                              No. 3:15-CR-30002-001

TRAVIS ALLEN BLOUNT, JR.                                             DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the motion to vacate is DENIED and this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 25th day of July, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE